Pro Se 1 (Rev. 12/16) Complaint for a Civil Case                                                      FILED 19 DEC '23 10:30USDC-ORP

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Jose Manuel beltran
_____
**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Marion County Sheriff department
_____
**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. __6:23-cv-1912 MO__
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jose Manuel beltran |
| Street Address | 4060 Aumsville Hwy, SE |
| City and County | Salem, Marion |
| State and Zip Code | Oregon 97305 |
| Telephone Number | N/A |
| E-mail Address | N/A |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1
- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

Defendant No. 2
- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

Defendant No. 3
- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

Defendant No. 4
- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Use of excissive force/false Imprisonment/Stolen Property*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* __Jose Manuel beltran__, is a citizen of the State of *(name)* __Oregon__.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

The defendant, (name) _Marion County Sherriff department_ is incorporated under the laws of the State of (name) _Oregon_, and has its principal place of business in the State of (name) _Oregon_. Or is incorporated under the laws of (foreign nation) _The United States_, and has its principal place of business in (name) _Marion County Sherriff's in Salem, OR_.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

  3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_12,000,000 Twelve million dollars_

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/12/23

Signature of Plaintiff: Jose Beltran
Printed Name of Plaintiff: Jose Munvel Beltran

### B. For Attorneys

Date of signing:

Signature of Attorney: N/A
Printed Name of Attorney: —
Bar Number: —
Name of Law Firm: —
Street Address: —
State and Zip Code: —
Telephone Number: —
E-mail Address: —

To whom it may concern,

① I am a known gang member and was targeted by police M.C.S.O.

② on 6/11/23 obll Deputy, Jacob Stout violated my right by legal search and seizures.

③ on 5/30/23 office Gould, Brandon violated my constitution proteted rights by excessive force.

④ on 5/30/23 office Buker, Joshua violated constitution proteted right excessive force.

⑤ 5/30/23 Claxton, Daniel deploy his partner "Ghost" after I had gain up in a prone position, he also violated my constitution right by using excessive force.

⑥ 5/30/23 18 hours prior I had contact with Deputy, Frieze & Deputy, Roberts, Kevin I belive This is blantant bais in misconduct by mcso by targeted myself.

⑦ false imprisonment July, 1, 2023 until present day 12/14/23
   Deputy, Drake foust   Deputy cheremnov, Alexand
⑧ in between 4/23/23 5/12/23 theft by Mc.s.o time of my arrest I was think possession of i.phone 14 & 800 cash never was referred to me or property receipt, or evidence receipt (Theft 1)

back→

<u>Relief</u>

9) Seeking montery gain for my constitution civil rights being violated by use of excessive force, pain and suffering, false imprisonment, theft 1, PTSD.

Name: Jose M. beltran
SID# 16669735
LEGAL/OFFICIAL MAIL ONLY
Marion County Sheriff's Office-Jail
4000 Aumsville Hwy SE
Salem, OR 97317

PORTLAND OR 972

15 DEC 2023 PM 6 L



Portland Divisional office
1000 sw third Avenue suite 740
Portland, oregon 97204-2902

97204-293790